# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jessica Marcos | Civil Action<br>No: 16cv12145-WGY |
| Plaintiff | |
| v. | |
| National Recovery Agency<br>Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on December 12, 2016 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

December 12, 2016

To: All Counsel